# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY EDWARD HOLZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHILLIP LNU, )<br>)<br>Defendant. ) | Case No. CIV-24-00536-PRW |

## ORDER

On June 20, 2024, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation (Dkt. 5) in this action, in which she recommends that the Court dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(b), for Plaintiff Timothy Edward Holz's failure to comply with the Court's orders. Judge Mitchell advised Holz of his right to object to the Report and Recommendation by July 5, 2024, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation. To date, Holz has filed no objections. He has therefore waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation.[1]

Upon review, the Court **ADOPTS** the Report and Recommendation (Dkt. 5) in full and **DISMISSES** the case **WITHOUT PREJUDICE**.

---

[1] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996).

**IT IS SO ORDERED** this 8th day of January 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE